**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Worcester          **Category No.** II          **Investigating Agency** DEA

**City** Worcester, Webster

**County** Worcester

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _See Additional Information_
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 26-mj-6363-MPK    ☑ Yes  ☐ No

Defendant Name  Anthony Hines          Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☐ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1969    SSN (last 4#): _____    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____          Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Sandra Gonzalez Sanchez; Michael Robinson    Bar Number if applicable: 710352; 693574

**Interpreter:** ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** 4/7/2026

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/7/2026          Signature of AUSA: *Sandra Gonzalez Sanchez*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Anthony Hines _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-1266, 25-1267, 25-1268, 25-1269; 25-4206, 25-4257, 25-4258, 25-4259, 25-4260, 25-4261, 25-4272, 25-4278, 25-4365, 25-4367, 25-4368, 25-4369, 25-4379, 25-4389, 25-4396, 25-4400, 25-4408, 25-4492, 25-4493, 25-4413, 25-4414, 25-4494, 25-4495, 25-4508, 25-4512, 25-4513, 25-4514, 25-4515, 25-4516, 25-4518, 25-4549, 25-4550, 25-4557, 25-4558, 25-4559, 25-4560, 25-4561, 25-4562, 25-4587, 25-4633, 25-7619, 26-1043, 26-1044, 26-1045, 26-1046, 26-1047, 26-4003, 26-4004, 26-4005, 26-4013, 26-4014, 26-4015, 26-4037, 26-4074, 26-4075, 26-6178, 26-6355, 26-6356, 26-6357, 26-6358, 26-7108, 26-7109, 26-7110, 26-7111, 26-6376, 23-6377, 25-mc-94042

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013